W. H. SHEETS ET AL. *v.* L. V. MILLER ET AL.

(Filed 1 November, 1916.)

For digest, see next preceding case of *Dickson v. Perkins et al.*

THIS was an action to restrain the defendants from laying out a public road in Ashe County, pursuant to chapter 400, Public-Local Laws 1915, also heard before *Webb, J.,* at Spring Term, 1916, of ASHE.

There was a judgment dissolving the restraining order, and plaintiff excepted and appealed.

*G. L. Park, J. B. Councill, and C. B. Spicer* for plaintiff.
*Y. C. Bowie* for defendant.

HOKE, J. The questions presented on this appeal are the same considered and disposed of in the preceding case of *Dickson v. Perkins*.

For the reason stated in that opinion, the judgment dissolving the restraining order is affirmed and the action dismissed.

Dismissed.